

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00149-CR

KYNEDRIC DESHUN JACKSON, Appellant

§   On Appeal from Criminal District Court No. 4

§   of Tarrant County (1469185D)

V.

§   December 29, 2022

§   Memorandum Opinion by Justice Walker

THE STATE OF TEXAS

§   (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court be modified to delete the $90 restitution fee. As modified, the trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker